```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION

GLORIA ANN PERKINS,            *
                               *
    Plaintiff,                 *
                               *
vs.                            *    CIVIL ACTION 11-00293-B
                               *
MICHAEL J. ASTRUE,             *
Commissioner of Social Security,*
                               *
    Defendant.                 *
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income, be **REVERSED and REMANDED.**

**DONE** this **27th** day of **September, 2012.**

          /s/ SONJA F. BIVINS
          **UNITED STATES MAGISTRATE JUDGE**